UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY STOBAR,

      Plaintiff,

                                         Case No. 16-10225
v.                              HON. TERRENCE G. BERG

THE HOME DEPOT, et. al.,

      Defendants.
_____/

**ORDER STRIKING PLAINTIFF'S RESPONSE, REPLY TO MOTION TO FOR SUMMARY JUDGMENT (DKT. 20, 27)**

On March 2, 2016, Plaintiff filed a response to the pending motion for summary judgment. (Dkt. 20). The response failed to comply with this Court's practice guidelines. Under Practice Guideline F, a Rule 56 motion must contain a "statement of material facts" consisting of numbered paragraphs supported by specific citations to the record. The party opposing summary judgment must respond with a "counter-statement of material facts," consisting of numbered paragraphs that correspond to the moving party's statement of material facts. If any of the moving party's proffered facts are contested, the non-moving party must explain the basis for the factual disagreement, referencing and citing record evidence. The non-moving party may then include additional numbered paragraphs as necessary.

Accordingly, Plaintiff's response to the motion for summary judgment is **STRICKEN**. Plaintiff must re-file his response by **April 15, 2016**. Any reply shall

be filed by **April 22, 2016**. The parties are also reminded that they require leave of Court to file any sur-replies. Accordingly, Plaintiff's sur-reply (Dkt. 27) is also **STRICKEN**.

For the reasons explained above, the Court **STRIKES** Plaintiff's response (Dkt. 20) and sur-reply (Dkt. 27).

**SO ORDERED**.

Dated: April 13, 2016                s/Terrence G. Berg
                                     TERRENCE G. BERG
                                     UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on April 13, 2016, using the CM/ECF system, which will send notification to all parties.

                                     s/A. Chubb
                                     Case Manager