UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY STOBAR,
    Plaintiff,

                                       Case No. 16-10225
    v.                          HON. TERRENCE G. BERG

THE HOME DEPOT, et al.,
    Defendants.
_____/

### ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE (DKT. 11)

The Court held a telephonic status conference with the parties on July 12, 2016, during which the parties agreed to attend an early settlement conference. Accordingly, the pending motion for summary judgment (Dkt. 11) is **DENIED WITHOUT PREJUDICE**. The Court makes no determination on the merits of the motion. If the mediation does not resolve the case, the parties may promptly resubmit any appropriate motions for summary judgment.

    SO ORDERED.

Dated: July 22, 2016                              s/Terrence G. Berg
                                                          TERRENCE G. BERG
                                                          UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on July 22, 2016, using the CM/ECF system, which will send notification to all parties.

                                                                             s/A. Chubb
                                                                             Case Manager